# UNITED STATES DISTRICT COURT
Eastern District of Arkansas


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 26 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ANTHONY SMITH | |

Case No. 4:10cr00107-03 JM

USM No. 25885-009

Chris Tarver
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) Mandatory, Standard, Special of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory | Possession of firearm or any other dangerous weapon | 07/23/2017 |
| 2 - Mandatory | Violation of federal, state, or local crim | 05/21/2017 |
| 3 - Mandatory | Possession of controlled substance | 05/21/2017 |
| 4 - Standard (7) | Possession of controlled substance | 05/21/2017 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6370

Defendant's Year of Birth: 1989

City and State of Defendant's Residence:
Little Rock, Arkansas

09/21/2017
Date of Imposition of Judgment

Signature of Judge

U.S. DISTRICT JUDGE JAMES M. MOODY JR.
Name and Title of Judge

9/26/17
Date

DEFENDANT: ANTHONY SMITH
CASE NUMBER: 4:10cr00107-03 JM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 - Mandatory | Unlawful use of controlled substance | 05/26/2017 |
| 6 - Standard (7) | Use of controlled substance | 05/26/2017 |
| 7 - Standard (2) | Failure to submit monthly report to probation | 05/31/2016 |
| 8 - Standard (6) | Failure to report change of employment | 09/20/2016 |
| 9 - Special | Failure to participate in residential reentry | 10/12/2016 |

DEFENDANT: ANTHONY SMITH
CASE NUMBER: 4:10cr00107-03 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

18 MONTHS with no supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The court recommends the defendant be designated to BOP Forest City to be close to family

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☑ before 2 p.m. on 10/12/2017 .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL